**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00193-CV**
_____

**IN THE INTEREST OF W.A.J., C.G.J., M.R.J., A.G.J., AND J.J.**

On Appeal from the 1A District Court
Tyler County, Texas
Trial Cause No. 25,278

**MEMORANDUM OPINION**

G.J., Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 27, 2022
Opinion Delivered July 28, 2022

Before Kreger, Horton and Johnson, JJ.